CLOSED

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CIVIL DOCKET FOR CASE #: 4:22–cv–00838–ALM–KPJ

Smocks v USA
Assigned to: District Judge Amos L. Mazzant, III
Referred to: Magistrate Judge Kimberly C Priest Johnson
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 09/30/2022
Date Terminated: 11/17/2022
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Troy Anthony Smocks**

represented by **Mark Lieberman , I**
Lieberman Attorney at Law
Head Legal
1704 Pine Hills Lane
Corinth, TX 76210
817–905–3772
Email: mjc358@hotmail.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2022 | Ï 1 | COMPLAINT against Troy Anthony Smocks ( Filing fee $ 402 receipt number ATXEDC–9157040.), filed by Troy Anthony Smocks. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet) Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) (Liberman, Mark) (Entered: 09/30/2022) |
| 09/30/2022 | Ï 2 | MOTION for Leave to Appear *Mtion For Hearing On Petition For Writ Of Prohibition* by Troy Anthony Smocks. (Lieberman, Mark) (Additional attachment(s) added on 9/30/2022: # 1 Text of Proposed Order) (baf, ). (Entered: 09/30/2022) |
| 09/30/2022 | Ï | Case ASSIGNED to District Judge Amos L. Mazzant, III and REFERRED to Magistrate Judge Kimberly C Priest Johnson. (baf, ) (Entered: 09/30/2022) |
| 09/30/2022 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (baf, ) (Entered: 09/30/2022) |
| 10/01/2022 | Ï 4 | ***PLEASE DISREGARD – FILED IN ERROR BY ATTORNEY – ATTORNEY TO REFILE*** |

| | | |
|---|---|---|
| | | AMENDED COMPLAINT *Amended Emergency Petition For Writ of Prohibition* against Troy Anthony Smocks, filed by Troy Anthony Smocks.(Lieberman, Mark) Modified on 10/3/2022 (baf, ). (Entered: 10/01/2022) |
| 10/03/2022 | ⲓ | ***FILED IN ERROR – ATTORNEY TO REFILE. Document # 4, AMENDED COMPLAINT. PLEASE IGNORE.*** (baf, ) (Entered: 10/03/2022) |
| 10/03/2022 | ⲓ 5 | AMENDED COMPLAINT *Emergency Amended Petition For Writ of Prohibition* against Troy Anthony Smocks, filed by Troy Anthony Smocks. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Lieberman, Mark) (Entered: 10/03/2022) |
| 10/08/2022 | ⲓ 6 | MOTION re 5 Amended Complaint, *Amended Emergency Petition For Writ of Prohibition* by Troy Anthony Smocks. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lieberman, Mark) (Entered: 10/08/2022) |
| 10/08/2022 | ⲓ 7 | MOTION to Expedite , MOTION for Hearing re 6 MOTION re 5 Amended Complaint, *Amended Emergency Petition For Writ of Prohibition*, 5 Amended Complaint, by Troy Anthony Smocks. (Attachments: # 1 Text of Proposed Order)(Lieberman, Mark) (Entered: 10/08/2022) |
| 10/21/2022 | ⲓ 8 | REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE. It is recommended this action be TRANSFERRED to the United States District Court for the District of Columbia, Washington, D.C., for further proceedings in accordance with the rules of that district. Signed by Magistrate Judge Kimberly C Priest Johnson on 10/21/2022. (mcg) (Entered: 10/21/2022) |
| 10/28/2022 | ⲓ 9 | OBJECTION to 8 Report and Recommendations *Objection To Report and Recommendation of Magistrate* by Troy Anthony Smocks. (Lieberman, Mark) (Entered: 10/28/2022) |
| 11/02/2022 | ⲓ 10 | Emergency MOTION for Hearing *on Prohibition / Injunction* by Troy Anthony Smocks. (Attachments: # 1 Text of Proposed Order Proposed Order)(Lieberman, Mark) (Entered: 11/02/2022) |
| 11/17/2022 | ⲓ 11 | MEMORANDUM OPINION AND ORDER. It is therefore ORDERED that Petitioner's action is TRANSFERRED to the United States District Court for the District of Columbia, Washington, D.C., for further proceedings in accordance with the rules of that district. Signed by District Judge Amos L. Mazzant, III on 11/17/2022. (baf, ) (Entered: 11/17/2022) |
| 11/17/2022 | ⲓ | Interdistrict transfer to the DISTRICT OF COLUMBIA, WASHINGTON, D.C. (baf, ) (Entered: 11/17/2022) |