IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TROY ANTHONY SMOCKS**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant.** | **CASE NO. 22-CV-3534 (TSC)** |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court and parties of the entry of appearance of Assistant United States Attorney Michael J. Friedman on behalf of the United States.

                            Respectfully submitted,

                            MATTHEW M. GRAVES
                            United States Attorney
                            D.C. Bar No. 481052

By:      /MJF/
          MICHAEL J. FRIEDMAN
          N.Y. Bar 4297461
          Assistant U.S. Attorney
          United States Attorney's Office
          601 D Street, NW
          Washington, D.C. 20530
          202-252-6765
          Michael.Friedman@usdoj.gov