RECEIVED
Mail Room

FEB 13 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

USPS TRACKING #



9590 9402 4908 9032 9730 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

US DISTRICT COURT FOR DC
333 CONST AVE NW
WASHINGTON, DC 20001

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TROY ANTHONY SMOCKS
1704 Pine Hills Lane
Corinth, TX 76210

9590 9402 4908 9032 9730 08

2. Article Number (Transfer from service label)
7002 0860 0000 7773 5240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)
Kathleen Lieb

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

RECEIVED
Mail Room

FEB 13 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

USPS TRACKING #



NORTH TEXAS TX 750
7 FEB 2023 PM 4 L

9590 9402 4908 9032 9730 08

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

US DISTRICT COURT FOR DC
333 CONST AVE NW
WASHINGTON, DC 20001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark J. Lieberman
   1704 Pine Hills Lane
   Corinth, TX 76210

   9590 9402 4908 9032 9728 34

2. Article Number (Transfer from service label)

   7002 0860 0000 7773 5257

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kathla Rub_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kathleen Liebma

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt